IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE AMERICAN INSTITUTE FOR CHARTERED PROPERTY CASUALTY UNDERWRITERS, doing business as "THE INSTITUTES" and SEAN KEVELIGHAN,**<br>             Petitioners,<br><br>       v.<br><br>**MICHAEL BARRY,**<br>             Respondent. | **MISCELLANEOUS ACTION**<br><br><br><br>**NO.  25-2** |

## O R D E R

**AND NOW**, this 24th day of July, 2025, in light of the Court's Order imposing Rule 11 Sanctions upon Respondent for counsel's use of artificial intelligence (ECF No. 18), and the Court having considered Petitioner's Application for Attorneys' Fees (ECF No. 19), Respondent's response (ECF No. 20), and the additional briefing submitted, **IT IS ORDERED** that within 60 days of this Order, counsel for Respondent shall pay Petitioners attorneys' fees in the amount of **$5,000**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
         HODGE, KELLEY B., J.